IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Willie Howard,<br><br>  Plaintiff,<br>vs.<br><br>Sheriff Chad McBride, Anderson County,<br><br>  Defendant. | Civil Action No. 1:25-cv-13436-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's Complaint. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), D.S.C., the matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial proceedings.

On December 2, 2025, the Magistrate Judge issued a Proper Form Order and Order and Notice of deficiencies in Plaintiff's Complaint. ECF Nos. 6, 7. He was given until December 22, 2025, to file an Amended Complaint to address deficiencies and was notified failure to do so would subject this case to dismissal without leave for further amendment. ECF No. 7 at 7. Plaintiff did not respond or file any document with the court.

On December 31, 2025, the Magistrate Judge filed a Report and Recommendation ("Report") recommending this matter be summarily dismissed without leave for amendment. ECF No. 10. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff failed to file objections, and the time to do so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  The court reviews the Report only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After a review of the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error, and agrees this matter should be dismissed.  Accordingly, the court adopts the Report by reference in this Order.  This matter is dismissed without prejudice and without leave for further amendment.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
Senior United States District Judge

Columbia, South Carolina  
January 22, 2026